RECEIVED

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

JUN 28 2010

AT 8:30_____M
WILLIAM T. WALSH
CLERK

In the Matter of the Complaint of Elsey & : CIVIL ACTION
Elsey, LLC, as Owner, and Alisha Marie, :
LLC, as Operator and Bareboat Charterer :
of the F/V ALISHA MARIE for : NO: 10-3269(CMLC)
Exoneration from or Limitation of Liability :
:

## ORDER ACCEPTING *AD INTERIM* STIPULATION
## OF VALUE OF SECURITY

AND NOW, this 28th day of June, 2010, upon consideration of the Complaint of Plaintiffs Elsey & Elsey, LLC, as Owner, and Alisha Marie, LLC, as Operator and Bareboat Charterer of the F/V ALISHA MARIE for Exoneration from or Limitation of Liability and the *Ad Interim* Stipulation of Value filed in connection therewith, and it appearing to the Court from the *Ad Interim* Stipulation of Value submitted by Plaintiffs that their interests in the F/V ALISHA MARIE was approximately $100 and that Plaintiffs stand ready to deposit funds with this Court as security for claims, it is hereby:

ORDERED that Plaintiffs shall not be required to deposit any amount with this Court as security for claims. However, should any claimant seek to contest Plaintiffs' valuation of their interests, this Court shall proceed as is provided in Supplemental Admiralty Rule F(7) for due appraisement of the value of such interests and for posting of or an increase in security, if necessary, in accordance with said rule or, in the alternative, this Court will order the transfer of Plaintiffs' interests in the F/V ALISHA MARIE, bearing Official No. NJ89659T, to a trustee for the benefit of claimants.

BY THE COURT:

*Mary L. Cooper*
U.S.D.J.

{1447.00001:BMM1122}