UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

RECEIVED

FEB 22 2011

AT 8:30 _____ M
WILLIAM T. WALSH

IN THE MATTER OF THE
COMPLAINT OF ELSEY &  :  Civil 10-3269 (AET)
ELSEY, LLC, et al.    :

         v.           :  ORDER OF DISMISSAL

BLONDENIA TARVER, et al.  :

It has been reported to the Court that the above-captioned matter has been settled, therefore,

It is on this 22nd day of February, 2011,

**ORDERED** that this action is hereby dismissed without prejudice and without costs, subject to the right of the parties upon good cause shown within 60 days, to reopen the action if the settlement is not consummated. The terms of the settlement agreement are incorporated herein by reference and the Court shall retain jurisdiction over the settlement agreement to enforce its terms.

_____
ANNE E. THOMPSON, U.S.D.J.